## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF ILLINOIS
## EAST ST. LOUIS DIVISION

|  |  |  |
|---|---|---|
| RONALD G. BRUMMET III, | ) | |
| *Plaintiff*, | ) | |
|  | ) | |
| v. | ) | **Cause No. 3:17-cv-00106-SMY-DGW** |
|  | ) | |
| SNYDER & ASSOCIATES, LLC., | ) | |
| *Defendant*. | ) | |

## NOTICE OF DISMISSAL

Plaintiff, Ronald G. Brummet III, by and through undersigned counsel, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), hereby dismisses Defendant, Snyder & Associates, LLC, without prejudice.

Date: November 1, 2018

Respectfully submitted,

*/s/ Travis W. Cohron*
Travis W. Cohron, No. 29562-30
**CLARK, QUINN, MOSES,**
**SCOTT & GRAHN, LLP**
320 N. Meridian Street, Suite 1100
Indianapolis, IN 46204
Telephone: (317) 637-1321
Fax: (317) 687-2344
tcohron@clarkquinnlaw.com
*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

      I hereby certify that on November 1, 2018, a copy of the foregoing was filed electronically. Notice of this filing will be made on all ECF-registered counsel by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

      */s/ Travis W. Cohron*
      Travis W. Cohron, No. 29562-30

**CLARK, QUINN, MOSES, SCOTT & GRAHN, LLP**
320 N. Meridian Street, Suite 1100
Indianapolis, IN 46204
tcohron@clarkquinnlaw.com